Case 1:23-md-03351-AS Document 76 (Ex Parte) Filed 09/26/23/22/23 Page 1 of 1
Case 1:23-cv-08508-NRB Document 12 Filed 11/30/23 Page 1 of 1

JUDGE BUCHWALD

23 CV 08508

DOC # 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CAREMARK, L.L.C., CAREMARKPCS, L.L.C., CAREMARK IPA, L.L.C., SILVERSCRIPT INSURANCE COMPANY, and AETNA, INC.,

    Petitioners,

v.

NEW YORK CANCER & BLOOD SPECIALISTS,

    Respondent.

CASE NO. 23-mc-351

### ORDER TO FILE CIVIL CASE UNDER SEAL

Petitioners, having moved to file a new civil case under seal in the traditional manner, in paper form, and the Court having reviewed the application and having found sufficient cause under Federal Rule of Civil Procedure 5.2(d) to order this case to be filed under seal, it is hereby ORDERED that this case may be filed under seal. The parties are directed to proceed in accordance with the instructions for filing under seal found in the Court's ECF Rules & Instructions, Rule 6.14, and present the case initiating documents to the Clerk of Court in the traditional manner, in paper form.

The Clerk is directed to restrict access to this order to the selected party viewing level and close this case.

Dated: September 26, 2023

New York, New York

SO ORDERED:

_____
Hon. Arun Subramanian,
United States District Judge

1