**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAREMARK, L.L.C., CAREMARKPCS,
L.L.C., CAREMARK IPA, L.L.C.,
SILVERSCRIPT INSURANCE COMPANY, and
AETNA, INC.,

|  |  |
|---|---|
| Petitioners, | 23 **CIVIL** 8508 (NRB) |
| -against- | **JUDGMENT** |

NEW YORK CANCER & BLOOD
SPECIALISTS,

Respondent.
-----------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum and Order dated July 15, 2024, the Court denies petitioners'

petition to vacate, grants NYCBS's cross-motion, and confirms the Panel's arbitration award;

accordingly, the case is closed.


**Dated**: New York, New York
　　　July 16, 2024


　　　　　　　　　　　　　　　　　　　**DANIEL ORTIZ**
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Acting Clerk of Court**

　　　　　　　　　　　　BY:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**Deputy Clerk**