IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAREMARK, L.L.C., CAREMARKPCS, L.L.C., CAREMARK IPA, L.L.C., SILVERSCRIPT INSURANCE COMPANY, AND AETNA, INC.,<br><br>Petitioners,<br><br>vs.<br><br>NEW YORK CANCER & BLOOD SPECIALISTS,<br><br>Respondent. | Case No. 23–cv–8508–NRB<br><br>**NOTICE OF MOTION FOR AWARD OF ATTORNEYS' FEES AND NON-TAXABLE EXPENSES** |

**PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Respondent's Motion for Award of Attorneys' Fees and Non-Taxable Expenses, as well as all Exhibits attached therein, Respondent New York Cancer & Blood Specialists, through counsel, shall move this Court, pursuant to Fed. R. Civ. P. 54 and Local Civil Rule 54.1(c)(7), for an order awarding reasonable attorney's fees, costs, and expenses. A proposed form of the Order is submitted herewith.

Dated: July 30, 2024

Respectfully Submitted,

  /s/ Jonathan E. Levitt, Esq.
Jonathan E. Levitt, Esq.
Todd Mizeski, Esq.
Steven L. Bennet, Esq.
Frier & Levitt, LLC
84 Bloomfield Avenue
Pine Brook, NJ 07058
Tel. (973) 618-1660
Facsimile: (973) 618-0650
*Counsel for Respondent New York Cancer & Blood Specialists*